## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JAMES CHRISTIAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BT GROUP PLC, GAVIN PETERSON, IAN LIVINGSTON, and TONY CHANMUGAM,<br><br>Defendants. | Civ. No. 2:17-cv-00497-KM-JBC<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon the competing motions to appoint lead plaintiff and to approve lead counsel of PAMCAH-UA Local 675 Pension Fund ("Pension Fund") (ECF No. 10) and individual plaintiffs Gary Classen, Alice Korenblat, Robert Korenblat, and Pierre-S. Lefebvre (collectively, the "Classen Plaintiffs") (ECF No. 11); and the Court having considered without oral argument the moving, opposition, and reply papers for the competing motions (ECF Nos. 10-1, 11-1, 17, 18, 20, 21); for the reasons discussed in the opinion filed herewith and for good cause shown:

**IT IS** this day of 28th day of August, 2017,

**ORDERED** that:

1. The Pension Fund's motion (ECF no. 10) is hereby GRANTED and the Pension Fund is appointed Lead Plaintiff for the Class pursuant to the Private Securities Litigation Reform Act of 1995;

2. Robbins Geller Rudman & Dowd LLP is hereby appointed Lead Counsel;

3. Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. is hereby appointed Local Counsel; and

4. The Classen Plaintiffs' motion (ECF no. 11) to appoint lead plaintiff and lead counsel is hereby DENIED.

KEVIN MCNULTY
United States District Judge

2