UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES CHRISTIAN, *individually and on behalf of all others similarly situated*, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BT GROUP PLC, GAVIN PATTERSON, IAN LIVINGSTON, and TONY CHANMUGAM, <br><br> Defendants. | No. 2:17-cv-497-KM-JBC <br><br> **ORDER** |

**THIS MATTER** comes before the Court on defendants BT Group PLC, Gavin Patterson, Ian Livingston, and Tony Chanmugam's motion to dismiss (ECF No. 28); and plaintiffs PAMCAH-UA Local 675 Pension Fund and Clayton Hollister having opposed this motion (ECF No. 33); and the Court having considered the moving, opposition, and reply papers (ECF Nos. 28, 33, 34) without oral argument; for the reasons set forth in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 1st day of August, 2018,

**ORDERED** that defendants' motion to dismiss is granted, without prejudice to the filing of an amended complaint within 30 days.

                                             _____
                                             KEVIN MCNULTY
                                             United States District Judge