| | |
|---|---|
| OF COUNSEL:<br>James P. Rouhandeh, Esq. (*pro hac vice*)<br>Brian S. Weinstein, Esq. (*pro hac vice*)<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel.: (212) 450-4000<br>Fax: (212) 701-5800 | Kevin H. Marino, Esq.<br>John D. Tortorella, Esq.<br>**MARINO, TORTORELLA & BOYLE, P.C.**<br>437 Southern Boulevard<br>Chatham, New Jersey 07928-1488<br>Tel.: (973) 824-9300<br>Fax: (973) 824-8425<br><br>*Attorneys for Defendants BT Group plc, Ian Livingston, Gavin E. Patterson, Tony Chanmugam, Nick Rose, Luis Alvarez, and Richard Cameron* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES CHRISTIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BT GROUP PLC, IAN LIVINGSTON, GAVIN E. PATTERSON, TONY CHANMUGAM, NICK ROSE, LUIS ALVAREZ, and RICHARD CAMERON,<br><br>　　　　　　　　Defendants. | No. 2:17-cv-00497-KM-JBC<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED**<br><br>**RETURN DATE: JANUARY 6, 2020**<br><br><u>**NOTICE OF MOTION TO DISMISS**</u> |

To:　James E. Cecchi
　　　**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
　　　5 Becker Farm Road
　　　Roseland, NJ 07068

　　　Samuel H. Rudman
　　　David A. Rosenfeld

Alan I. Ellman
**ROBBINS GELLER RUDMAN &
DOWD LLP**
58 South Service Road, Suite 200
Melville, NY 11747

Corey D. Holzer
Marshall P. Dees
**HOLZER & HOLZER, LLC**
200 Ashford Center North, Suite 300
Atlanta, GA 30338

*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that at 9:00 a.m. on January 6, 2020, or such other time and date as set by the Court, Defendants BT Group plc, Ian Livingston, Gavin E. Patterson, Tony Chanmugam, Nick Rose, Luis Alvarez, and Richard Cameron will move before the Honorable Kevin McNulty, Judge of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order granting Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Defendants rely upon the accompanying memorandum of law and the Declaration of James P. Rouhandeh.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is being submitted herewith.

2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), Defendants request oral argument on this motion.

Dated: October 4, 2019

By: /s/ Kevin H. Marino
Kevin H. Marino, Esq.
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, New Jersey 07928-1488

*Attorneys for Defendants BT Group plc, Ian Livingston, Gavin E. Patterson, Tony Chanmugam, Nick Rose, Luis Alvarez, and Richard Cameron*