**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMES CHRISTIAN, *individually and on behalf of all others similarly situated*,<br><br>   Plaintiff,<br><br>   v.<br><br>BT GROUP PLC, GAVIN E. PATTERSON, IAN LIVINGSTON, TONY CHANMUGAM, LUIS ALVAREZ, and NICK ROSE<br><br>   Defendants. | Civ. No. 17–497 (KM) (JBC)<br><br>**ORDER** |

    This matter having come before the Court on the motion to dismiss the fourth amended complaint for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6), filed by the defendants, BT Group plc, Ian Livingston, Gavin E. Patterson, Tony Chanmugam, Nick Rose, Luis Alvarez, and Richard Cameron (DE 68); and the plaintiffs having submitted papers in response (DE 70); and the defendants having filed a reply (DE 71); and this Court having reviewed the submissions and considered the matter without oral argument; for the reasons set forth in the accompanying Opinion, and for good cause shown;

    **IT IS** this 24th day of April 2020,

    **ORDERED** that the defendants' motion to dismiss the fourth amended complaint (DE 68) is **GRANTED**. Because further amendment would appear to be futile, the dismissal is with prejudice. The clerk shall close the file.

/s/ Kevin McNulty
_____
**Hon. Kevin McNulty
United States District Judge**