James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
 OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700

*Liaison Counsel for Plaintiffs and the Putative Class*

Samuel H. Rudman
David A. Rosenfeld
Alan I. Ellman
ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

*Lead Counsel for Plaintiffs and the Putative Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES CHRISTIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>   vs.<br><br>BT GROUP PLC, IAN LIVINGSTON, GAVIN E. PATTERSON, TONY CHANMUGAM, NICK ROSE, LUIS ALVAREZ and RICHARD CAMERON,<br><br>         Defendants. | No. 2:17-cv-00497-KM-JBC<br><br>CLASS ACTION<br><br>NOTICE OF APPEAL |

- 4 -

Notice is hereby given that Lead Plaintiff PAMCAH-UA Local 675 Pension Fund and Plaintiff Clayton Hollister, individually and on behalf of all others similarly situated, in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Opinion [ECF No. 72] and Order [ECF No. 73] entered on April 24, 2020, dismissing with prejudice the Fourth Amended Complaint [ECF No. 65]. This notice encompasses the Opinion and Order as well as all prior rulings made by the district court.

DATED: May 26, 2020

CARELLA, BYRNE, CECCHI,
  OLSTEIN, BRODY & AGNELLO,
P.C.


*s/ James E. Cecchi*
JAMES E. CECCHI

James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700

*Liaison Counsel for Plaintiffs and the Putative Class*

Samuel H. Rudman (admitted in NJ)
David A. Rosenfeld (*pro hac vice*)
Alan I. Ellman (*pro hac vice*)
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

*Lead Counsel for Plaintiffs and the Putative Class*

- 4 -

Corey D. Holzer
Marshall P. Dees
HOLZER & HOLZER, LLC
200 Ashford Center North, Suite 300
Atlanta, GA 30338
(770) 392-0090

*Additional Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I, James E. Cecchi, hereby certify that on May 26, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing too all counsel registered to receive such notice.

*s/ James E. Cecchi*
JAMES E. CECCHI
